**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **R. GARLAND STEADMAN and SUSAN K. STEADMAN** | § | **PLAINTIFFS** |
| | § | |
| **v.** | § | **Civil No. 2:25cv73-HSO-RPM** |
| | § | |
| **STATE FARM FIRE AND CASUALTY COMPANY** | § | **DEFENDANT** |

**SPECIAL VERDICT FORM**

**PART I:**

**Question Number One:**

Have Plaintiffs R. Garland Steadman and Susan K. Steadman proved by a preponderance of the evidence their breach of contract claim against Defendant State Farm Fire and Casualty Company related to the their claim for property damage from the storm that occurred on or about April 15, 2022?

Yes _____

No X

*Please proceed to Question Number Two.*

**Question Number Two:**

Have Plaintiffs R. Garland Steadman and Susan K. Steadman proved by a preponderance of the evidence their breach of contract claim against Defendant State Farm Fire and Casualty Company related to their claim for property damage from the storm that occurred on or about May 5, 2023?

Yes X

No ____

*If your Answer to either Question Number One or Question Number Two is "Yes," or if both Answers are "Yes," please proceed to Question Number Three. If your Answers to both Question Number One and Question Number Two are "No," please skip Question Number Three and proceed to Part II of the Verdict Form.*

**Question Number Three:**

What sum of money, if any, have Plaintiffs R. Garland Steadman and Susan K. Steadman proved by a preponderance of the evidence that they are entitled to recover from Defendant State Farm Fire and Casualty Company?

Answer in dollars and cents:

$ 32,418.67

***Please proceed to Part II.***

**PART II:**

**FINALIZATION OF THE VERDICT FORM**

*Please date and sign below:*

8/19/2026
Dated

[redacted]
Foreperson

[redacted]
Juror

[redacted]
Juror

[redacted]
Juror

[redacted]
Juror

[redacted]
Juror

[redacted]
Juror

[redacted]
Juror